# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                **Plaintiff,**

-vs-                                            Case No. 6:01-cv-1133-Orl-28KRS

K-MART CORPORATION,

                **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF EEOC'S UNOPPOSED MOTION FOR LEAVE TO BRING LAPTOP COMPUTERS TO SETTLEMENT CONFERENCE ON FRIDAY JANUARY 13, 2006 (Doc. No. 146)
>
> **FILED:** January 10, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

Carla Johanna Von Greiff, who is listed in the court's record as the lead attorney for the EEOC, may bring one laptop computer and one portable printer into the George C. Young United States Courthouse for a settlement conference to be conducted before me on January 13 through 15, 2006. Ms. Von Grieff will need to present this order to the court security officers when entering the courthouse.

The request to bring cellular telephones to the conference is **DENIED**. Counsel may provide the chambers telephone number, 407/835-4320, as an emergency contact number.

**DONE** and **ORDERED** in Orlando, Florida on January 11, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties