# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,**

                    **Plaintiff,**

**-vs-**                                              **Case No.  6:01-cv-1133-Orl-28KRS**

**K-MART CORPORATION,**

                    **Defendant.**

———————————————————————

## AMENDED ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF EEOC'S UNOPPOSED MOTION FOR LEAVE TO BRING LAPTOP COMPUTERS TO SETTLEMENT CONFERENCE ON FRIDAY JANUARY 13, 2006 (Doc. No. 146)** |
| **FILED:** | **January 10, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part and
**DENIED** in part.

Jennifer Brown, Esq., Trial Counsel for the EEOC, may bring one laptop computer and one

portable printer into the George C. Young United States Courthouse for a settlement conference to be

conducted before me on January 13 through 16, 2006.[1]  Ms. Brown will need to present this order to

the court security officers when entering the courthouse.

The request to bring cellular telephones to the conference is **DENIED**.  Counsel may provide

the chambers telephone number, 407/835-4320, as an emergency contact number.

**DONE** and **ORDERED** in Orlando, Florida on January 12, 2006.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1]  If the settlement conference is not concluded by January 16, 2006, the EEOC may submit a proposed order to extend the time within which its Trial Counsel will be permitted to bring a laptop computer and portable printer into the courthouse.